UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-05010-FLA (RAOx) | Date | September 7, 2021 |
| Title | Jill Dolnicek v. Auto Consumer Solutions LLC, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUEST TO SET ASIDE DEFAULT AND DISMISS CASE [DKT. 18]**

On September 2, 2021, Plaintiff Jill Dolnicek ("Dolnicek" or "Plaintiff") filed her Request to Set Aside Default and Notice of Voluntary Dismissal (the "Request"). Dkt. 18. Plaintiff requests the court set aside the default that was entered on July 22, 2021 against Defendant Auto Consumer Solutions, LLC ("Auto Consumer" or "Defendant"), Dkt. 15, and further gives notice she is voluntarily dismissing all Defendants, without prejudice, with each side to bear its own costs and attorney's fees. Dkt. 18.

Having reviewed the Request, the court SETS ASIDE the entry of default against Defendant and DISMISSES this action without prejudice.

IT IS SO ORDERED.

:

| | |
|---|---|
| Initials of Preparer | vrv |